Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RACHEL TOMLIN, <br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN, <br> Commissioner of Social Security, <br> Defendant. | 3:12-CV-00054-RE <br><br> ORDER FOR ATTORNEY <br> FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $7,756.96 pursuant to 42 U.S.C. § 406(b).

Dated this __31__ day of __October__, 2013.

_____
James Redden
United States District Court Judge